UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE:  BK NO. 04-20485

CLIFFORD ROBINSON
    Debtor(s)

-------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

FILED FEB 2 5 2010 BANKRUPTCY COURT ROCHESTER, NY

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

   Beneficial
   2929 Walden Avenue
   Depew NY 14043-2602

2. Your Trustee's check for $773.73 payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: February 23, 2010
    Rochester, NY             /s/_____
                                        GEORGE M. REIBER, TRUSTEE